# MINUTES

CASE NUMBER:    CR 10-00576SOM

CASE NAME:    UNITED STATES OF AMERICA v.
(01) Mordechai Yosef Orian, aka Motty
(02) Pranee Tubchumpol, aka Som
(08) Joseph Knoller

ATTYS FOR PLA:    Florence T. Nakakuni, U.S. Attorney
Daniel H. Weiss, Esq. (participated telephonically)
Robert J. Moossy, Esq. (participated telephonically)

ATTYS FOR DEFT:    (01) William James Kopeny, Esq (pro hac vice)
(02) William A. Harrison, Esq
(08) William Domingo, Esq. for Dana Ishibashi, Esq

---

JUDGE:    Richard L. Puglisi    REPORTER:    FTR C6

DATE:    November 2, 2011    TIME:    2:03 p.m. - 2:54 p.m.

---

COURT ACTION:  EP    UNITED STATES' MOTION FOR CONTINUANCE OF TRIAL

Defendants
(01) Mordechai Yosef Orian, aka Motty  - present, not in custody.
(02) Pranee Tubchumpol, aka Som - not present and appearance is waived.
(08) Joseph Knoller - not present and appearance is waived.

Discussion held.

UNITED STATES' MOTION FOR CONTINUANCE OF TRIAL (Doc. 303) is DENIED.

Discovery Conference is set for 12/02/2011 at 9:00 a.m. before Judge Puglisi.

Court shall prepare a written order.

Submitted by: Mary Feria, Courtroom Manager