1    **LAW OFFICES OF WILLIAM J. KOPENY**
     8001 IRVINE CENTER DRIVE, SUITE 400
2         IRVINE, CALIFORNIA 92618
         TELEPHONE: (949) 754-2944
3        FACSIMILE: (949) 754-2912
     WILLIAM J. KOPENY (SBN 61764)

4

5    Attorney for Defendant
     MORDECHAI ORIAN

6

7

8                 UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF HAWAII

10   UNITED STATES OF AMERICA,)        CR No. 10-00576-SOM
                             )
11          Plaintiff,        )        DEFENDANT ORIAN'S NOTICE OF
                             )        APPEAL AND APPEAL AND REQUEST
12      v.                   )        TO    DISTRICT    JUDGE    TO
                             )        RECONSIDER    A    MATTER
13   MORDECHAI ORIAN (01),   )        DETERMINED   BY   THE   DISTRICT
                             )        JUDGE; DECLARATION OF COUINSEL
14          Defendant.        )
                             )        (Rule 6 Motion)
15   _____)

16   TO:  THE  HONORABLE  SUSAN  O.  MOLLWAY,  UNITED  STATES

17        DISTRICT JUDGE

18

19                        Notice of Appeal

20        PLEASE TAKE NOTICE that Defendant, Mordechai Orian, through

21   counsel of record, William J. Kopeny, hereby submits this appeal and request to

22   the District Court to reconsider a pretrial matter determined by the United States

23   Magistrate Judge (the appeal), pursuant to 18 U.S.C. Sec. 636(b)(1)(B) and Rule

24   57.3(b) and 74.1 of the Criminal Local Rules of Practice for the United States

25   District Court for the District of Hawaii.

26        Defendant appeals the order of the United States Magistrate Judge entered

27   on November 23, 2011 denying Defendant's motion for an order unsealing United

28   States Grand Jury records and the prior oral order of the United States

                                    -1-

1   Magistrate Judge, denying that motion, in part.  (See Crim.Dkt., Document #

2   330.)

3        Defendant appeals this order for the reasons set forth in the attached

4   Memorandum and Declaration of Counsel.

5   Dated:  December 1, 2011

6

7                               Respectfully submitted,

8

9                               /S/ William J. Kopeny
    _____
10                              WILLIAM J. KOPENY
                                Counsel for Defendant
11                              MORDECHAI ORIAN

12

13                       Memorandum in Support

14       Defendant Orian Moved for an order to unseal the United States Grand

15  Jury transcripts herein based in part on the fact that Government's counsel

16  admitted during the trial proceedings in the related matter of United States v.

17  Sou, et al., Case No. CR 09-345-SOM, making inaccurate statements concerning

18  the law to the Grand Jury in that case, which was indicted during the same

19  period as the indictment and First Superseding Indictment (FSI) in this case.

20       In his moving papers, and subsequent filings (incorporated by this

21  reference) in support of the motion, Defendant Orian showed that: (1) the issue

22  on which Government's counsel erroneously state the law was central to the

23  indictments in both the Sou case and in this case; (2) that issue (the use of

24  recruiting fees) was central to one of the two theories of liability in the FSI in this

25  case; (3) the other critical issue of law in this case, to wit: whether or not an H2A

26  worker would face economic ruin, or loss of family wealth or property by reason

27  of being returned to Thailand prior to the full three years of work the FSI states

28  was promised, as alleged in the FSI contradicts the law of Thailand, which

-2-

1  explicitly requires the Thai recruiters, in a highly regulated industry, post a bond

2  with the Thai government, and in the event any worker is returned to Thailand

3  prior to being able or allowed to work for the full term on which the Thai

4  recruitment fee was based, would be entitled to, and receive from the funds on

5  deposit with the Thai government, a refund of that proportionate amount of the

6  fee previously paid.

7      Because these two legal issues – legality of recruitment fees (during the

8  dates specified in the FSI), and the alleged "knowledge" on the part of the

9  defendants that if the workers were returned to Thailand early they would as a

10 matter of fact and a matter of Thai law never face the ruinous economic

11 consequences alleged in the Indictment, Defendants believe that the

12 Government's presentation to the Grand Jury of necessity misled the Grand Jury

13 on these two questions of U.S. and Thai law, consistent with the Government's

14 admitted misleading the Sou Grand Jury on one of these issues.

15     The Magistrate Judge only ordered the Government to submit, ex parte, a

16 portion of the Grand Jury transcripts (not including any testimony or remarks of

17 the prosecutor's remarks beyond the "advice" portion of the proceedings, and

18 allowed the Goverment to solely determine what would be submitted.

19     It appears the Magistrate Judge may have conducted such a limited review

20 of the very limited material submitted in camera, that even if the Government did

21 mislead the Grand Jury on these critical legal issues, that may not have been

22 apparent to the Magistrate Judge, or the review may have been limited to the

23 question of the legality of the fees, only.

24     Because the requested information is critical to the viability of a defense

25 motion to dismiss the FSI, Defendant's respectfully request reconsideration of the

26 motion, and request this District Court to Review all of his pleadings submitted

27 heretofore thereon.

28

1        Declaration of William J. Kopeny

2   I, William J. Kopeny, say:

3   1.   I am counsel of record for the Defendant herein, Mordechai Orian.

4   2.   I have reviewed the Reporter's Transcripts of the Sou proceedings
5        relevant to Defendant's Rule 6 motion to unseal Grand Jury
6        materials.

7   3.   I also reviewed and submitted an English translation of Thai law
8        which protects foreign Thai workers from precisely the harm the FSI
9        alleges the defendant's knew the Thai workers would face if they
10       were returned to Thailand prior to three years.

11  4.   The FSI contains allegations with are untrue but which the Grand
12       Jurors found to be true concerning Thai law, based on whatever the
13       Government presented to the Grand Jury.

14  5.   In view of the fact that the Government misrepresented the law
15       concerning the legality of recruitment fees in a related case during
16       the same time frame, and in light of the fact that the Grand Jury
17       made a finding that could not be true (i.e;., that the defendants knew
18       that if Thai workers were returned to Thailand early, they and their
19       families would face economic ruin), I believe there is a likelihood that
20       in some manner the Goverment manipulated or misled the Grand
21       Jury in this case on these points of law essential to the return of the
22       Indictment.

23  Executed this December 1, 2011 at San Francisco, California.

24  I declare under penalty of perjury that the foregoing is true and correct.

25

26                        /s/ William J. Kopeny

27

28

-4-