# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 10-00576SOM |
| CASE NAME: | United States of America Vs. (01) Mordechai Y. Orian, (02) Pranee Tubchumpol and (08) Joseph Knoller |
| ATTYS FOR PLA: | Florence T. Nakakuni<br>Daniel H. Weiss<br>Robert J. Moossy |
| ATTYS FOR DEFT: | (01) William James Kopney<br>(02) William A. Harrison<br>(08) Dana Cole-BY PHONE |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Richard L. Puglisi | REPORTER: | C6-FTR-9:06:03 |
| DATE: | 12/02/2011 | TIME: | 9:06am-9:37am |

COURT ACTION:    EP:    Discovery Hearing and Final PreTrial Conference

As to Defendant (01) Mordechai Y. Orian present, and not in Custody.
As to Defendant (02) Pranee Tubchumpol-Defendant's presence is hereby Waived.
As to Defendant (08) Joseph Knoller-Defendant's presence is hereby Waived.

Final PreTrial Conference was not held.

Discovery Hearing-Oral Discussion regarding the Protective Order.

Re: [333] United States of America's Renewed Motion for Continuance and Motion for Order Regarding Protection of Defendant Orian's Asserted Attorney-Client Privilege- Oral Discussion held regarding the Motion.

Briefing Schedule as to this Motion-Memorandum in Opposition to the Motion is to be filed by December 7, 2011 and the Reply Memorandum is to be filed by December 12, 2011.

The Motion will be under submission to this Court upon the completion of the Briefing Schedule.  No Further Court Hearing will be set as to this Motion.

Ex Parte Motion to Shorten time to Hear the United States of America's Renewed Motion for Continuance, etc. [336] is hereby Moot.

Submitted by Leslie L. Sai, Courtroom Manager