

CORRESPONDENCE

**U.S. Department of Justice**

*United States Attorney*
*District of Hawaii*

---

PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850

(808) 541-2850
FAX (808) 541-2958

December 21, 2011

William James Kopeny
wjk@writsnappeals.com

I. Randolph S. Shiner
shinerlaw@gmail.com

Michael Jay Green
michaeljgreen@hawaii.rr.com

Attorneys for Defendant Mordechai Orian

      Re:    United States v. Orian, et al.
               Cr. No. 10-00576 SOM

Dear Counsel:

      Reference is made to Judge Susan Oki Mollway's letter dated November 21, 2011, addressed to Kara Lujan, KSL Public Relations in connection with the above-captioned case with copies to all counsel in this case.  On December 19, 2011, Judge Mollway's chambers informed my office that Ms. Lujan had been advised that someone (from the government) would contact her that day regarding her letter to the Judge.

      On December 19, 2011, I contacted Ms. Lujan who informed me, inter alia, of the following: that there is "bad blood" between Ms. Lujan and Mr. Orian; she knows what Mr. Orian is capable of doing; that he is volatile; he can be in another country and he knows a lot of people who can do bad things to people; she is living in fear of her life;  Mr. Cohen, the sender of the e-mails attached to Judge Mollway's letter, is a friend of Mr. Orian's; and that she believes Mr. Orian is somehow behind these e-mails.

      I cannot confirm or corroborate any of the information provided by Ms. Lujan. Obviously, I have the e-mails from Mr. Cohen which were attached to Judge Mollway's letter to all of us.  We had not contacted Ms. Lujan earlier because on November 21, 2011, one of the FBI agents received an e-mail from Lujan that she did not want to be contacted by the FBI.   Now that I have talked to Ms. Lujan and given the nature of these allegations,  I would be remiss if I did not alert you to these allegations concerning your client.  I am writing you in the hopes that you

Counsel
December 21, 2011
Page 2

will make it absolutely clear to your client that this kind of conduct is unacceptable, would be in violation of the standard conditions of release, and could result in additional charges.

            Very truly yours,

            FLORENCE T. NAKAKUNI
            United States Attorney
            District of Hawaii

FTN:pr

cc: Karla Lujan (by e-mail)
   Chief Judge Susan Oki Mollway
   U.S. Pre-trial Services
   Robert J. Moossy (by e-mail)
   Daniel H. Weiss (by e-mail)
   FBI SA Jeff Felmann

**U.S. Department of Justice**
United States Attorneys Office
District of Hawaii
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850

Official Business

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 21 2011
DISTRICT OF HAWAII

The Honorable Susan Oki Mollway
Chief United States District Judge
U.S. Courthouse
Honolulu, Hawaii